No. 97–5598. ACHIEKWELU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–5601. MONIER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 97–5605. ADAMS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–5606. BLAIR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 97–5614. DOE, AKA BAMONTE, AKA ASHBY, AKA ADENIYI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 97–5618. SLIWOWSKI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 97–5619. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 97–5620. SPENCER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–5624. MARSHALL *v.* PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 97–5626. JACKSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 97–5627. RAMEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–5628. NAVARRETE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 97–5629. MORALES *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 97–5630. MALAKI *v.* YAZDI. C. A. 9th Cir. Certiorari denied.

No. 97–5632. WINN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5634. LIPMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.